

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2021

No. 04-20-00526-CV

Patrick **MINOR**,
Appellant

v.

**DIVERSE FACILITY SOLUTIONS**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-00808
Honorable Aaron Haas, Judge Presiding

## O R D E R

Appellee's brief is due February 18, 2021. On February 17, 2021, appellee filed a motion requesting a two-week extension. Appellant opposes the request. The motion is GRANTED and appellee's brief is due **no later than March 3, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2021.

_____
Michael A. Cruz,
Clerk of Court